IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:04CR404 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **HIGINIO SOLORIO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the Court's motion,

IT IS ORDERED that the sentencing hearing in this matter, currently scheduled for Monday, September 19, 2005, has been rescheduled to **Tuesday, September 27, 2005, at 1:00 p.m.**, before the Hon. Laurie Smith Camp, United States District Judge, in Courtroom #2, United States Courthouse, Omaha, Nebraska.

DATED this 29th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge